**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 21-7415

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

  v.

WILLIAM RAYMOND TAYLOR,

    Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News. Mark S. Davis, Chief District Judge. (4:12-cr-00081-MSD-TEM-1)

Submitted: March 29, 2022         Decided: April 1, 2022

Before HARRIS, QUATTLEBAUM, and HEYTENS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

William Raymond Taylor, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Raymond Taylor appeals the district court's order denying Taylor's motions for compassionate release under 18 U.S.C. § 3582(c)(1)(A)(i). Upon review of the record, we discern no abuse of the district court's discretion in denying Taylor's motions. *See United States v. Kibble*, 992 F.3d 326, 329 (4th Cir.) (stating standard of review), *cert. denied*, 142 S. Ct. 383 (2021); *see also United States v. High*, 997 F.3d 181, 189 (4th Cir. 2021) (affirming denial of compassionate release where "[t]he court's rationale . . . was both rational and legitimate under [18 U.S.C. § 3553(a)]" and "the court sufficiently explained its denial to allow for meaningful appellate review" (internal quotation marks omitted)). Accordingly, we affirm the district court's order. *United States v. Taylor*, No. 4:12-cr-00081-MSD-TEM-1 (E.D. Va. filed Apr. 15, 2021 & entered Apr. 16, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*